# Greenberg Traurig

Allen G. Kadish
(212) 801-6846
kadisha@gtlaw.com

October 31, 2006

Mr. James Bagni
Financial Administrator
United States Bankruptcy Court
District of Connecticut
450 Main Street - 7th Floor
Hartford, Connecticut 06103

    Re:    In re Colonial Realty Company, et al., Debtors
            Chapter 7 Case No. 90-21980 (RLK) (Jt. Admin.)
            *(Notice of Unclaimed Funds)*

Dear Mr. Bagni:

    With respect to the Notice of Unclaimed Funds, forwarded for filing under cover of my letter dated October 27, 2005 (copies enclosed), please be advised as follows.

    The funds referred to and the check submitted are not in the nature of a returned and undeliverable distribution but are funds received from a third party as a one-time payment from such entity. The Trustee of the referenced estates has been long discharged. The captioned cases are long closed. The estates' accounts are long closed. The sum is too small to cause a re-opening of the cases and a distribution to creditors; the administrative costs would exceed the $1,102.08 at issue. There is no available disposition for these funds except to remit them to the Court's fund.

    Therefore, as we discussed, please accept these funds into the accounts of the Court.

                                                    Respectfully,

                                                    Allen G. Kadish

Enclosures

*So ordered*
*R.L. Krechevsky*
*USBJ*
*11/07/06*

NY 238207352v1
Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com